IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: December 22, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-02040-RPM

JULIE DOWNEY,                                                              Robert M. Liechty

      Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,     Gillian M. Fahlsing

      Defendant.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**2:05 p.m.**      **Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Liechty states he anticipates receiving the Right to Sue Letter by January 20, 2009 and will amend the complaint to include the ADA claim.

Court states failure to exhaust administrative remedies is not necessary with respect to the Rehabilitation Act claim.

**ORDERED:**     **Motion to Dismiss, or in the Alternative, Motion to Stay, filed December 19, 2008 [11], is denied.**

**Court states discovery period will be 3.5 months, treating physicians are permitted to give prognosis and dispositive motions deadline will be 30 days after the discovery cut-off.**

Court states its order of reference practice (joint motion).

**ORDERED:**     **Counsel shall submit revised proposed scheduling order by January 9, 2009.**

**2:28 p.m.**      **Court in recess.**    Hearing concluded. Total time: 23 min.