IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02040-RPM

JULIE DOWNEY,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

    Defendant.

---

## ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

Upon consideration of the Uncontested Motion for Leave to File Amended Complaint [14], filed on February 4, 2009, it is

ORDERED that the motion is granted and the Amended Complaint and Jury Demand attached thereto is accepted for filing.

Dated: February 4th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge