IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              July 19, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-02040-RPM

JULIE DOWNEY,                                               Robert M. Liechty

      Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,                  Thomas S. Rice
                                                            Gillian M. Fahlsing
      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**1:59 p.m.**      **Court in session.**

Plaintiff Julie Downey present.

Court's preliminary remarks.

Discussion between Court and Mr. Rice regarding defendant's request to strike e-mails submitted.

Court states its understanding of the case.

2:10 p.m.      Argument by Mr. Rice.

**ORDERED:** Defendant's Motion for Summary Judgment, filed May 11, 2009 [20], is denied.

Counsel state discovery is complete.

**ORDERED:** Four day trial scheduled November 29, 2010 at 8:30 a.m.
              Pretrial Conference scheduled October 29, 2010 at 2:00 p.m.
              Proposed pretrial order submitted in paper directly to chambers by 4:00 p.m. October 21, 2010.

**2:22 p.m.**      **Court in recess.**   Hearing concluded.  Total time: 23 min.