IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02040-RPM

JULIE DOWNEY,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

    Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The Unopposed Motion to Vacate and Reset Final Pretrial Conference [27], filed on October 20, 2010, is granted.  The conference is **rescheduled for November 15, 2010, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **4:00 p.m. on November 10, 2010**

DATED: October 21, 2010