IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02040-RPM

JULIE DOWNEY,

     Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

     Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation of Dismissal with Prejudice [49] filed on January 6, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: January 7, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge